UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:09-CR-58(01)RM |
| | ) | |
| DENISE THOMAS | ) | |

<u>ORDER</u>

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on August 11, 2009 [Doc. No. 27]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Denise Thomas' plea of guilty, and FINDS the defendant guilty of Count 7 of the Indictment, in violation of 18 U.S.C. § 1343.

SO ORDERED.

ENTERED:  September 1, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court